MARGUERITE SITZLER, Respondent, *v.* RICHARD LATHERS, JR., et al., Defendants, and RICHARD O'GORMAN, Appellant.

DAVID MILLER, Respondent, *v.* RICHARD LATHERS, JR., et al., Defendants, and RICHARD O'GORMAN, Appellant.

(Argued October 15, 1929; decided November 19, 1929.)

*George F. Hickey, Harold R. Oakes* and *William Butler* for appellant.

*Thomas I. Sheridan* and *Daniel J. Madigan* for respondents.

In each action judgment affirmed, with costs, on the ground that by reason of the use of the premises the passage to the fire escape was not free and unobstructed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.